THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK ROGERS, Appellant.— Appeal from a judgment of a City Magistrate holding a Court of

Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of book-making (Penal Law, § 986). Judgment reversed on the law, the complaint dismissed, and the fine remitted. The evidence is insufficient to establish guilt beyond a reasonable doubt. (*People* v. *Richardson,* 287 N. Y. 563; *People* v. *Marra,* 289 N. Y. 703.) Close, P. J., Hagarty, Johnston and Adel, JJ., concur; Carswell, J., dissents and votes to affirm.